IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TERRENCE WHITAKER,

    Plaintiff,

v.

SG.T EAGLEBURGER,

    Defendant.

ORDER

Case No. 20-cv-1041-wmc

---

THOMAS WHITAKER,

    Plaintiff,

v.

SGT. MUTIVA and C.O. LEINEN,

    Defendants.

ORDER

Case No. 20-cv-1042-wmc

---

Plaintiff Terrence Whitaker has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee in each of the above-captioned cases. To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For each of these cases to proceed, plaintiff must submit the certified trust fund account statement no later than December 9, 2020. If I find that plaintiff is indigent, I will calculate an initial partial payment amount for each case that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Terrence Whitaker may have until December 9, 2020 to submit a trust fund account statement for the period beginning approximately May 17, 2020 and ending approximately November 17, 2020.  If, by December 9, 2020, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw these actions voluntarily. In that event, each case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 17th day of November, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge